IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Maryland)

In Re:
**Ruby Ann DeLillye**        *    Chapter 7
    (Debtor)             *    Case No.: <u>04-35133</u>
                         *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**DEBTOR'S MOTION TO FIND THE CITY OF RICHMOND
IN VIOLATION OF AUTOMATIC STAY, VOID ANY TAX TAKING
AND AWARD SANCTIONS AND DAMAGES TO THE DEBTOR.**</u>

**TO THE HONORABLE James F. Schneider.**

NOW COMES, Ruby Ann DeLillye "Debtor" and moves the Court to find the City of Richmond (hereinafter "City") in violation of 11 U.S.C. §362(a), void any tax taking, and award sanctions to the Debtor. As grounds, the Debtor states as follows:

1. The Debtor filed a Chapter 7 petition on November 05, 2004. Bud Tayman has been assigned the appointed Chapter 7 Trustee and continues serve.

2. On November 10, 2004 the US Bankruptcy Court served notice of the filing of bankruptcy and notice of meeting of creditors. Herein Attached as Exhibit A.

3. On information and belief, the notices were sent to the addresses listed on the creditor matrix.

4. On or about November 23, 2004, the debtor received a notice from the City through the Delinquent Tax Manager, T Tucker (hereinafter "City Collector") regarding a judgment being entered against the debtor and derogatory information being placed against the debtor credit report. Herein Attached as Exhibit B.

5. The debtor who has filed for bankruptcy relief has suffered distress over the City's notice, and based on the actions of the City, now questions the integrity of the bankruptcy system.

6. Any tax taking by the City is null and void.

7. The award of sanctions including any attorney's fees pursuant to 11 U.S.C. 362(h) is appropriate in this case as the City, despite notice of the bankruptcy filing, caused a Judgment to be entered against debtor post-petition, and threatening legal action contrary to 11 U.S.C. 362.

WHEREFORE, The Debtor moves the Court:
A) To Find the City of Richmond is in violation of 11 U.S.C. §362;

B) Void any tax taking by the City against the Debtor's property;

C) Award the Debtor damages; and

D) For such further relied as this Court deems just and proper.

*Respectfully submitted,*

*Ruby Ann DeLillye*
*1512 Shady Side Rd*
*Baltimore, MD 21218*
*Debtor*

### Certificate of Service

I, Ruby Ann DeLillye hereby certify that on this 21st day of December, 2004 I served the foregoing Debtors Motion to Find the City of Richmond in Violation of Automatic Stay, Void Any Tax Taking and Award Sanctions and Damage to the Debtor.

City of Richmond
Bureau of Tax Enforcement
900 East Broad Street
Room 100 City Hall
Richmond, VA 23219

Office of the US Trustee
300 W Pratt Street 375
Baltimore, MD 21201

Bud Stephen Tayman
Chapter 7 Trustee
6303 Ivy Lane 140
Greenbelt, MD 20770

By _____
    Ruby A. DeLillye

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)     Case Number 04-35133

## UNITED STATES BANKRUPTCY COURT
### District of Maryland

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/5/04.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Ruby Ann DeLillye
aka Ruby Ann Robinson, aka Ruby Ann Warner
1512 Shady Side Road
Baltimore, MD 21218

| Case Number:<br>04-35133 JS | Social Security/Taxpayer ID Nos.:<br>xxx-xx-6888 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Ruby Ann DeLillye<br>1512 Shady Side Road<br>Baltimore, MD 21218<br>Telephone number: | Bankruptcy Trustee (name and address):<br>Bud Stephen Tayman<br>6303 Ivy Lane<br>Suite 140<br>Greenbelt, MD 20770<br>Telephone number: (301) 474-8831 |

### Meeting of Creditors:

Date: **December 17, 2004**         Location: **300 W. Pratt, #375, , Baltimore, MD 21201**
Time: **09:00 AM**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
2/15/05

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office:<br>Baltimore Division<br>101 West Lombard Street, Ste. 8303<br>Baltimore, MD 21201<br>Telephone number: (410) 962-2688 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Mark D. Sammons |
|---|---|
| Hours Open: Monday - Friday 8:00 AM - 4:00 PM | Date: 11/8/04 |

Exh A

## EXPLANATIONS

FORM B9A (12/03)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

— **Refer to Other Side for Important Deadlines and Notices** —

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0416-1        User: rthomas           Page 1 of 2              Date Rcvd: Nov 08, 2004
Case: 04-35133              Form ID: B9A            Total Served: 49
```

The following entities were served by first class mail on Nov 10, 2004.
```
db           +Ruby Ann DeLillye,    1512 Shady Side Road,    Baltimore, MD 21218-2234
tr           +Bud Stephen Tayman,   6303 Ivy Lane,    Suite 140,    Greenbelt, MD 20770-6322
22968386     +AMERICAN RADIOLOGY,   PO BOX 17513,    BALTIMORE, MD 21297-7513
22968387     +ARMY & AIRFORCE EXCHANGE,    COLLECTIONS UNIT,    PO BOX 650038,    DALLAS, TX 75265-0038
22968388      ATTENTION, LLC,   PO BOX 2348,    SHERMAN, TX 75091-2348
22968384     +Allen Furs,    1515 N Parham Road,    Richmond, VA 23229-4604
22968385      American Electric Power,    PO Box 24421,    Canton, OH 44701-4421
22968389     +Bank of Oklahoma,    Cop Express Bank,    PO Box 2300,    Tulsa, OK 74192-0001
22968390     +CAPITAL ONE AUTO,    3901 DALLAS PARKWAY,    PLANO, TX 75093-7864
22968393     +COLLECTECH,    20 BOX 4157,    WOODLAND HILLS, CA 91365-4157
22968397      CROSS COUNTRY BANK,    PO BOX 310711,    BOCA RATON, FL 33431-0711
22968392      City of Tulsa Utilities Services,    Tulsa, OK 74187-0001
22968394     +Comptroller of the Treasury,    Compliance Division, Rm 409,    301 W. Preston Street,
               Baltimore, MD 21201-2305
22968395      Cox Communications,    PO Box 22126,    Tulsa, OK 74121-2126
22968396      Cricket Wireless,    PO Box 660017,    Dallas, TX 75266-0017
22968398     +D'Elegance Auto Sales,    5405 Hull Street RD,,    Richmond, VA 23224-2411
22968399     +David DeLillye,    4402 Maine AVE,    BALTIMORE, MD 21207-7563
22968400     +Edward Lee Company LLC,    c/o Dan Darby,    2651 E 21St Street,    Tulsa, OK 74114-1716
22968401     +Edward Owens,    2305 Boulder Run Court,    Richmond, VA 23238-3644
22968402     +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
22968403     +Florence Thompson,    11824 Sunflower Lane,    Richmond, VA 23236-2568
22968383     +Fss Imaging Center,    Document Clerks Office,    300 Reisterstown Rd 207,    Pikesville, MD 21208-5329
22968405      Johns Hopkins University,    Clinical Practice Association,    Po Box 64896,
               Baltimore, MD 21264-4896
22968406     +Katrina McCall,    5015 N Boston Place,    Tulsa, OK 74126-3171
22968428     +MD Dept. Of Employment Services,    Division of Unemployment,    1100 N. Eutaw Street,
               Baltimore, MD 21201-2201
22968408     +MILITARY STAR,    3911 S WALTON WALKER BLV,    DALLAS, TX 75236-1509
22968407     +Michael Thompson,    11824 Sunflower Lane,    Richmond, VA 23236-2568
22968409     +NCO FINANCIAL,    1350 Blair Drive,    Odenton, MD 21113-1332
22968410     +Oklahoma Natural Gas,    205 East Pine Street,    Tulsa, OK 74106-4859
22968411     +Otis Marks,    C/o Elaine Mcdondal,    5465 Johnstown,    Tulsa, OK 74126-2713
22968412     +Property Assements for City of Richmond,    900 East Broad Street Rm 102,    Richmond, VA 23219-1907
22968413     +SBC Telephone Co,    PO Box 4843,    Houston, TX 77210-4843
22968414     +STATE OF MARYLAND DLLR,    OVERPAYMENT RECOVERIES UNIT,    PO BOX 1931,    BALTIMORE, MD 21203-1931
22968417     +SUNTRUST BANK,    PO BOX 85052,    RICHMOND, VA 23285-5052
22968415     +Summit Financial Services,    1600 Lake Air Drive,    Waco, TX 76710-2904
22968416     +Sun Trust Bank Corp,    4708 Forest Hill Ave,    Richmond, VA 23225-3138
22968429      Supervisor of Delin. Accts.,    Rm. 1 Municipal Building,    Holliday & Lexington Streets,
               Baltimore, MD 21202
22968421      TOWN & COUNTRY MANAGEMENT,    8726 TOWN & COUNTRY SUTTE 203,    ELLICOT CITY, MD 21043
22968422     +TRANSOUTH FINANCIAL,    2208 HIGHWAY 121 STE 100,    BEDFORD, TX 76021-5998
22968418      The Johns Hopkins Hospital,    PO Box 64160,    Baltimore, MD 21264-4160
22968419     +Thomas Briggs,    3422 Carriage Hill T4,    Randallstown, MD 21133-3071
22968420     +Todd & Suzanne Hauss,    5600 Bondsor Lane,    Richmond, VA 23225-2824
22968423     +UNITED CONSUMER FINL S,    865 BASSETT RD,    WESTLAKE, OH 44145-1194
22968424      US DEPT OF ED,    PO BOX 7202,    UTICA, NY 13504-7202
22968425     +VAN RU CREDIT CORP,    10024 SKOKIE BLVD,    SKOKIE IL 60077-1037
22968426     +VANESSA BRIGGS,    3422 Carriage Hill Cir T4,    Randallstown, MD 21133-3071
```

The following entities were served by electronic transmission on Nov 08, 2004 and receipt of the transmission was confirmed on:
```
22968391     +EDI: CAPITALONE.COM Nov 08 2004 21:21:00    CAPITAL ONE BANK,    11011 W BROAD ST,
               GLEN ALLEN, VA 23060-5900
22968404     +EDI: IRS.COM Nov 08 2004 21:20:00    INTERNAL REVENUE SERVICE,    Insolvency,
               31 HOPKINS PLAZA RM 1150,    BALTIMORE, MD 21201-2892
22968408     +EDI: CBSAAFES.COM Nov 08 2004 21:21:00    MILITARY STAR,    3911 S WALTON WALKER BLV,
               DALLAS, TX 75236-1509
22968427      EDI: AFNIVERIZONE.COM Nov 08 2004 21:22:00    VERIZON,    PO BOX 17577,    BALTIMORE, MD 21297-0513
                                                                                                  TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0416-1        User: rthomas          Page 2 of 2              Date Rcvd: Nov 08, 2004
Case: 04-35133              Form ID: B9A           Total Served: 49
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 10, 2004**                          Signature:   *Joseph Speetjens*

**City of Richmond**
Bureau of Tax Enforcement
900 East Broad Street
Room 100 City Hall
Richmond, Virginia 23219
T. Tucker, Delinquent Tax Manager

Telephone: (804) 646-5840       Fax: (804) 646-5719

November 18, 2004

RUBY A ROBINSON-DELILLYE
1512 SHADYSIDE RD
BALTIMORE MD  21218

RE:   Case Number GV04061773
      Account Number 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 for delinquent PERSONAL PROPERTY taxes

Dear Sir or Madam:

The City of Richmond General District Court rendered a judgment against you on 11-18-04. This will be noted by the Credit Bureau the next time they review the Court's records and may have an adverse effect on your credit rating. The City of Richmond may also attach a judgment lien to any real property deeded in your name in the Commonwealth of Virginia. Contact this office immediately, or come to the City Hall, located at 900 East Broad Street Room 100 to pay this debt. Interest will continue to accrue until the debt is paid in full.

Failure to pay promptly may result in further legal action on our part, including tax liens and seizures of property. No other notice will be mailed prior to proceeding with legal action. If you need any additional information or wish to discuss this matter further, please contact me at (804) 646-5840.

Sincerely,

T. Tucker
Delinquent Tax Manager

Exh B

**AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH**

Case No.: ..........................

Commonwealth of Virginia   VA. CODE § 8.01-301, -310, -329; 55-218.1; 57-51

.......... District Court

**City of Richmond General District Court - Civil Division (804) 646-6461**
**John Marshall Courts Bldg., 400 N. 9th St.-Suite 203, Richmond, VA 23219-1546**

City of Richmond                V.       Ruby A Robinson-Delilly

900 East Broad Street, Room 100          1512 Shadyside Road

Richmond, VA 23219                       Baltimore MD 21218

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments: [X] Warrant  [ ] Motion for Judgment  [ ] Garnishment Summons  [ ] ..........

I, the undersigned Affiant, state under oath that:
[X] the above-named defendant [ ] ..........
whose last known address is: [ ] same as above [X] ..........

1. [X] is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) applies (see NON-RESIDENCE GROUNDS REQUIREMENT on reverse).

2. [ ] is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT ON BACK) and that

11-18-04 @ 10 am   is the return date on the attached warrant, motion for judgment or notice (see TIMELY SERVICE REQUIREMENT on reverse).

9/13/04
DATE

[ ] PARTY  [ ] PARTY'S ATTORNEY  [ ] PARTY'S AGENT  [X] PARTY'S REGULAR AND *BONA FIDE* EMPLOYEE

State of Virginia    [X] city [ ] county of Richmond

Acknowledged, subscribed and sworn to before me this day:

9-13-04
DATE

[ ] CLERK  [ ] MAGISTRATE  [X] NOTARY PUBLIC (My commission expires: 8-31-05)

[ ] Verification of the date of filing of the certificate of compliance requested in the self-addressed stamped envelope provided.

NOTICE TO THE RECIPIENT from the Office of the Secretary of the Commonwealth of Virginia:
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.

SERVICE OF PROCESS IS EFFECTIVE ON THE DATE THAT THE CERTIFICATE OF COMPLIANCE IS FILED WITH THE ABOVE-NAMED COURT.

**CERTIFICATE OF COMPLIANCE**

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. On OCT 0 7 2004 .........., legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.

2. On OCT 18 2004 .........., papers described in the Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

SERVICE OF PROCESS CLERK, DESIGNATED BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

FORM DC-410 (FRONT) 12/01   (114:6-010 1/03)

FROM :          FAX NO. : 443 885 8337          Dec. 18 2004 12:58PM P2



# COMMONWEALTH of VIRGINIA
## Secretary of the Commonwealth

POST OFFICE BOX 2452            RICHMOND, VIRGINIA 23218-2452

NOTICE OF SERVICE OF PROCESS

Ruby A. Robinson-Delilly
1512 Shadyside Road
Baltimore, MD 21218

City of Richmond

vs.

Ruby A. Robinson-Delilly

Warrant in Debt

Dear Sir/Madam:

You are being served with the enclosed notice under section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process.

If you have any questions about this matter, PLEASE contact the CLERK of the enclosed mentioned court or an attorney of your choice. Our office does not accept payments on behalf of debts. The Secretary of the Commonwealth's ONLY responsibility is to mail the enclosed papers to you.

Service of Process Clerk
Secretary of the Commonwealth's Office