

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| RUBY ANN DELILLYE | * | Case No.   04-35133JFS |
| | * | Chapter   7 |
| | * | |
| Debtor | * | |
| ************************************** | * | |
| RUBY ANN DELILLYE | * | |
| | * | |
| | * | |
| Movant | * | |
| vs. | * | |
| CITY OF RICHMOND | * | |
| | * | |
| | * | |
| Respondent | * | |

**ORDER GRANTING MOTION FOR SANCTIONS**

For the reasons set forth on the record at a hearing held on February 18, 2005, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the City of Richmond shall pay to the debtor the sum of $55.00 for actual damages pursuant to 11 U.S.C. § 362(h). The City shall make payment within 20 days of the date of entry of this Order and shall file a certificate in this case certifying that payment has been made.

cc:    Debtor, Pro Se
       Alexandra Silva, Esq.
       Cyd Beth Wolfe, Esq.
       Chapter 7 Trustee

**End Of Order**